UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| UNITED STATES OF AMERICA, | CASE NO.   MJ24-182 |
|---|---|
| Plaintiff, | COMPLAINT for VIOLATION |
| v. | Title 18, United States Code, Sections 922(g)(1) |
| ANTHONY RAYMOND DODD (AKA MARCHE PHARAOH DODD), | |
| Defendant. | |

BEFORE, S. Kate Vaughan, United States Magistrate Judge, United States Courthouse, Seattle, Washington.

The undersigned complainant being duly sworn states:

## COUNT 1

### (Unlawful Possession of a Firearm)

On or about February 23, 2024, in King County, within the Western District of Washington, ANTHONY RAYMOND DODD (AKA MARCHE PHARAOH DODD), knowing he had been convicted of the following crimes punishable by a term of imprisonment exceeding one year:

i.    *Residential Burglary, Robbery First Degree, Unlawful Imprisonment, Indecent Liberties Using Force*, in King County Superior Court, under case number 08-1-07662-4, on or about August 20, 2009;

Complaint - 1
*United States v. Anthony Raymond Dodd*
USAO No. 2024R00372

UNITED STATES ATTORNEY
700 STEWART STREET, STE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

did knowingly possess, in and affecting interstate and foreign commerce, a firearm, that is: a Glock 45 9mm semiautomatic pistol, that had been shipped and transported in interstate and foreign commerce.

All in violation of Title 18, United States Code, Section 922(g)(1).

And the complainant states that this Complaint is based on the following information.

I, Owen Reese, being first duly sworn on oath, depose and say:

**INTRODUCTION AND AFFIANT BACKGROUND**

1.     Your affiant is a Special Agent with the Federal Bureau of Investigation (FBI) and has been so since May 2016. Your affiant is currently assigned to the FBI Seattle Division, Child Exploitation and Human Trafficking Task Force. As an FBI Special Agent, your affiant has received extensive training in a variety of investigative and legal matters of violations of federal and state law. Prior to being assigned to the FBI Seattle Division, your affiant was assigned to the FBI San Juan Division in Puerto Rico from 2016 to 2021, where your affiant served on both the Violent Crimes Task Force and the Safe Streets Gang Task Force. Prior to being a Special Agent with the FBI, your affiant was a sworn Law Enforcement Officer with the Norfolk Police Department in Norfolk, Virginia from 2011 to 2016. During this time, your affiant served as a detective in both the Vice and Narcotics Division and the Violent Crimes Division – Robbery Squad. Your affiant has participated in numerous Child Exploitation, Human Trafficking, and Violent Crimes investigations as the primary investigator or in a subsidiary role. Your affiant is "an investigative or law enforcement officer of the United States" within the meaning of Section 2510(7) of Title 18, United States Code. Your affiant is therefore an officer of the United States who is empowered by law to conduct investigations of, and to make arrests for, the offenses enumerated in Title 18, United States Code.

2.     The information contained in this affidavit was obtained from the investigation conducted by your affiant in addition to information provided to your affiant

Complaint - 2
*United States v. Anthony Raymond Dodd*
USAO No. 2024R00372

UNITED STATES ATTORNEY
700 STEWART STREET, STE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

by other local and federal law enforcement agents. Because this affidavit is made for the limited purpose of establishing probable cause for the arrest warrant, your affiant has not recited each and every fact known to your affiant as a result of this investigation.

## SUMMARY OF PROBABLE CAUSE

3.      On February 23, 2024, employees of the Department of Corrections (DOC) called 911 to report that they recovered a stolen firearm from ANTHONY RAYMOND DODD (AKA MARCHE PHARAOH DODD), who is under active DOC supervision for his 2009 convictions. DOC Officer Mary Bullard said that they received a tip that DODD was in possession of a firearm and narcotics. Department of Corrections had DODD come to the DOC for a maintenance polygraph, which are a requirement for DODD as part of his conditions of release.

4.      On February 22, 2024, DODD arrived and parked his vehicle, a 2016 Chevrolet Malibu WA# CDK6875 (registered to DODD's girlfriend) near the DOC office in the 1700blk of 3rd Avenue South, Seattle, Washington. DOC officers observed DODD park the Malibu and walk towards the DOC office.[1] Suspecting he may have a firearm, the DOC officers maintained surveillance of the Malibu while DODD submitted to the polygraph examination.

5.      The State certified Polygraph examiner informed DOC Officer Bullard that DODD had strong reactions when asked about possessing firearms. DOC Officer Bullard transported DODD over to the Malibu and conducted a search of the vehicle under Department of Corrections authority. DOC officers located a stolen Glock 45 handgun, serial number BVDV734. The firearm was located in the center console of the vehicle and was sitting on top of approximately 120.7grams of suspected fentanyl pills. DOC took DODD into custody for the DOC violations and recovered the Glock and fentanyl pills.

---

[1] Surveillance video from Outdoor Emporium depicts DODD parking the Malibu and walking toward the DOC office.

Complaint - 3
*United States v. Anthony Raymond Dodd*
USAO No. 2024R00372

UNITED STATES ATTORNEY
700 STEWART STREET, STE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

6.    In addition to numerous other convictions, DODD was convicted of Residential Burglary, Robbery First Degree, Unlawful Imprisonment, Indecent Liberties Using Force, in King County Superior Court, under case number 08-1-07662-4, on or about August 20, and is prohibited from possessing firearms.

**CONCLUSION**

7.    Based on the above facts, I respectfully submit that there is probable cause to believe that ANTHONY RAYMOND DODD committed Unlawful Possession of a Firearm in violation of Title 18, United States Code, Section 922(g)(1).

I am submitting this Affidavit and Application electronically in accordance with Local Criminal Rule 41(d)(3).

Owen Reese
Special Agent
Federal Bureau of Investigation
Department of Justice

The above-named law enforcement officer provided a sworn statement to the truth of the foregoing Complaint and Affidavit by teleconference. Based on the contents of this Affidavit, the Court hereby finds that there is probable cause to believe the Defendant committed the offense set forth in the Complaint.

Dated this ___25th___ day of March, 2024.

S. KATE VAUGHAN
United States Magistrate Judge

Complaint - 4
*United States v. Anthony Raymond Dodd*
USAO No. 2024R00372

UNITED STATES ATTORNEY
700 STEWART STREET, STE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970